Case 4:23-cv-00088   Document 23   Filed on 05/21/25 in TXSD   Page 1 of 4

United States District Court
Southern District of Texas
**ENTERED**
May 21, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GOV ELECTRONIC FILING SVC LLC § <br> § <br> *Plaintiff*, § <br> vs. § <br> § Case No. 4:23-cv-00088 <br> NGUYEN TRUNG TIN, and DGBIZ LLC § <br> § **JURY TRIAL DEMANDED** <br> *Defendants*. § | |

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

NOW before the Court is Plaintiff's Motion For Default Judgment ("Motion") (Doc. 21). The Court being fully advised and having reviewed the Motion and the evidence submitted therewith finds that the Motion should be and hereby is GRANTED. It is therefore ORDERED, ADJUDGED AND DECREED as follows:

1.  The Court has jurisdiction over plaintiff Gov Electronic Filing Svc LLC ("Plaintiff") and defendant DGBIZ LLC ("Defendant"), and over the subject matter of this action.

2.  Defendant was properly served but failed to timely answer or formally appear in this lawsuit.

3.  Plaintiff is the owner of valid and enforceable trademark rights in the trademark "ClickDissolve" in connection with its business dissolution services, including U.S. Trademark Registration No. 6,721,921 ("the '921 registration"). Plaintiff's "ClickDissolve" trademark is valid and enforceable, and Plaintiff has the exclusive right to use the registered mark "ClickDissolve" in commerce with respect to the business dissolution services recited in the '921 registration. *See* First Amended Complaint (Doc. 8), Exh. A thereto.

4. Defendant's use of Plaintiff's "ClickDissolve" trademark created a likelihood of confusion as to source, affiliation, or sponsorship.

5. Defendant is liable for trademark infringement and unfair competition based on its infringing use of Plaintiff's "ClickDissolve" trademark.

6. Pursuant to 15 U.S.C. § 1117(a), Plaintiff is entitled to an award in the amount of Defendant's profits for Defendant's trademark infringement and unfair competition. The Court finds that those profits amount to $84,555.48. Plaintiff is therefore awarded $84,555.48 for Defendant's trademark infringement and unfair competition.

7. Plaintiff owns a valid copyright in its Service Agreement, as evidenced by Plaintiff's United States Copyright Certificate of Registration Number TX 9-212-703 ("the '703 registration"). *See* Huynh Declaration, ¶ 8 and Exh. A thereto (Doc. 21-1).

8. Defendant has engaged in factual copying of Plaintiff's Service Agreement, and Defendant's Service Agreement is substantially similar to Plaintiff's copyrighted Service Agreement.

9. Defendant is liable for copyright infringement based on its infringing use of Plaintiff's copyrighted Service Agreement.

10. Pursuant to 17 U.S.C. § 504(b), Plaintiff is entitled to an award in the amount of Defendant's profits for Defendant's copyright infringement. The Court finds that those profits amount to $84,555.48. Plaintiff is therefore awarded $84,555.48 for Defendant's copyright infringement.

11. The Court also finds that Plaintiff is entitled to entry of permanent injunctive relief pursuant to 15 U.S.C. § 1116(a) and 17 U.S.C. § 502(a). Accordingly, the Court further ORDERS

that, effective immediately, Defendant and its former, current and future officers, agents, servants, employees and those persons in active concert or participation with it (including its third-party payment processor Stripe, Inc. and banks holding any funds related thereto) ("Enjoined Parties") are hereby permanently enjoined from:

      A.    further acts of trademark infringement, unfair competition, and copyright infringement, including any further use of the mark "ClickDissolve" or any other name confusingly similar to "ClickDissolve" and from any further use of Plaintiff's copyrighted Service Agreement; and

      B.    distributing or otherwise transferring any monies to DGBIZ LLC or to any person affiliated with DGBIZ LLC that were generated in connection with payments processed related to the website www.bizclose.us and/or on behalf of DGBIZ LLC or any person acting on behalf of DGBIZ LLC or the website www.bizclose.us until permission for doing so is granted by this Court.

12.    Defendant is further ORDERED to destroy all products and materials bearing the "ClickDissolve" mark or any mark confusingly similar to "ClickDissolve", and all plates, molds, matrices and other means of making same, pursuant to 15 U.S.C. § 1118.

13.    Defendant is further ORDERED to file with this Court and serve on Plaintiff within thirty (30) days after the service of this "Default Judgment and Permanent Injunction", a report, in writing, under oath, setting forth in detail the manner and form in which the Enjoined Parties have complied with the injunction pursuant to 15 U.S.C. § 1116.

14. The Judgment shall bear post-judgment interest at an annual rate of 4.12% from the date of this Judgment until paid.

SO ORDERED this 21st day of May, 2025, at Houston, Texas.

_____
Hon. Keith P. Ellison
UNITED STATES DISTRICT JUDGE